```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE                                          :Chapter 13
**Anthony J. Costanzo**
**Kimberly A. Katchen-Costanzo**

    (DEBTOR)                                   :Bankruptcy#19-14882JKF13


                              PRAECIPE


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw the Answer to the Motion for Relief filed on November 21, 2019. Number 43.



DATED: December 10, 2019            _____/s/_____
                                    Michael A. Cataldo, Esquire
                                    Cibik and Cataldo, P.C.
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    (215) 735-1060