IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE:
ANTHONY J. COSTANZO
KIMBERLY A. KATCHEN-COSTANZO
AKA KIMBERLY A. KATCHEN
: Debtors

BK. No. 19-14882-jkf

Chapter No. 13

U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2017-1
: Movant

11 U.S.C. §362

v.

ANTHONY J. COSTANZO
KIMBERLY A. KATCHEN-COSTANZO
AKA KIMBERLY A. KATCHEN
: Respondents

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 12th day of December, 2019, at ××PHILADELPHIA××, upon Motion of **FAY SERVICING, LLC, FOR U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2017-1** (Movant), it is:

**ORDERED** ×AND DECREED×: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 532 S TANEY ST, PHILADELPHIA, PA 19146 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.,
SUITE 100
READING, PA 19606

ANTHONY J. COSTANZO
532 S. TANEY ST.
PHILADELPHIA, PA 19146

KIMBERLY A. KATCHEN-COSTANZO
AKA KIMBERLY A. KATCHEN
532 S. TANEY ST.
PHILADELPHIA, PA 19146

MICHAEL A. CATALDO2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

MICHAEL A. CIBIK2
CIBIK & CATALDO, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106